**ORIGINAL**

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00181SOM-03 |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE |
| vs. | ) | |
| ROMULO MORALES, | ) | Date: January 30, 2006 |
| Defendant. | ) | Time: 1:30 p.m. |
| | ) | Judge: Susan Oki Mollway |

GOVERNMENT'S SENTENCING STATEMENT

The United States, by and through its attorney, the United States Attorney for the District of Hawaii, hereby states that it has no objection and/or clarifications to make to the draft Presentence Investigation Report dated December 15, 2005.

DATED: Honolulu, Hawaii, December 29, 2005.

                      EDWARD H. KUBO, JR.
                      United States Attorney
                      District of Hawaii

                      By
                      LESLIE E. OSBORNE, JR.
                      Assistant U.S. Attorney

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 29 2005

at 3 o'clock and 6 min. P M
SUE BEITIA, CLERK

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following person(s) by: [X] hand delivering; [X] mailing said document on or about the date of filing:

THOMAS R. WATERS, ESQ.          (Mailed)
1441 Humuula Street
Kailua, HI 96734

Attorney for Defendant
ROMULO MORALES


ELLIE ASASAKI                   (Hand delivered)
Senior U.S. Probation Officer
300 Ala Moana Blvd., Rm. C-110
Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, December 29, 2005.

_____
Gloria Parker
U.S. Attorney's Office
District of Hawaii