# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

February 6, 2006

Re:   CR 04-00181SOM-03

United States of America vs. Romulo Morales

Order/Judgment in a Criminal Case

Dear Sir:

Please be advised that pursuant to Rule 49, FRCP, notice is hereby given that the above mentioned order/judgment in the above mentioned case is hereby entered.

Sincerely Yours,

SUE BEITIA, CLERK
/s/ *Anna F. Chang*
by: Anna F. Chang
    Deputy Clerk

cc:   Tommy Waters, Esq.
      Leslie Osborne, Jr., Esq., AUSA